AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOE E. TEAGUE, JR. PE, CM,<br>   Plaintiff,<br><br>  v.<br><br>THE NORTH CAROLINA DEPARTMENT<br>OF TRANSPORTATION,<br>   Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:07-CV-45-F** |

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that NCDOT's Motion to Dismiss is ALLOWED. All other pending motions are DENIED as moot. The Clerk of Court is DIRECTED to close this case.

  THE ABOVE JUDGMENT WAS ENTERED TODAY, **September 28, 2007**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Joe E. Teague, Jr.<br>6104 Ivy Ridge Rd.<br>Raleigh, NC 27612 | Tina A. Krasner<br>N.C. Dept. of Justice<br>1505 Mail Service Center<br>Raleigh, NC 27699-1505 |

| | |
|---|---|
| September 28, 2007<br>Date | DENNIS P. IAVARONE<br>Clerk of Court<br><br>/s/ Susan K. Enyart |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |