UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CV-45-F

| | | |
|---|---|---|
| JOE E. TEAGUE, JR. PE, CM, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | <u>ORDER</u> |
| | ) | |
| THE NORTH CAROLINA | ) | |
| DEPARTMENT OF TRANSPORTATION, | ) | |
|     Defendants. | ) | |

This matter is before the court on the Plaintiff's Motion for Reconsideration [DE-29]. The court has carefully considered the Plaintiff's motion, together with all the pleadings and motions previously filed herein, and concludes that the court's Order and Judgment of September 28, 2007 [DE-27] remains correct and is in accordance with the law. Therefore, the Plaintiff's Motion for Reconsideration is DENIED.

In light of this ruling, Plaintiff's Motion to Allow Plaintiff Access to the Federal Court's Electronic Filing System [DE-33], and Motion for a Temporary Stay [DE-34] are DENIED as moot. The Clerk of Court is DIRECTED to close this case.

This constitutes a final order.

SO ORDERED.

This the 23rd day of March, 2009.

James C. Fox
Senior United States District Judge