UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CV-45-F

| | | |
|---|---|---|
| JOE E. TEAGUE, JR. PE, CM, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| THE NORTH CAROLINA | ) | |
| DEPARTMENT OF TRANSPORTATION, | ) | |
| Defendant. | ) | |

This matter is before the court upon the motion [DE-72] requesting an ex parte hearing by

the *pro se* Plaintiff, Joe E. Teague, Jr. ("Teague"). In the handwritten motion, Teague notes that

he previously requested an ex parte hearing with United States Magistrate Judge David W.

Daniel, and he states that Judge Daniel summarily denied his request in an order filed on April 4,

2012. He summarizes the reasons why he feels Judge Daniel's previous order was "egregious,"

and further argues that this case should be reopened. He requests a time to speak with a new

magistrate judge and the Clerk of Court for the Eastern District.

As Judge Daniel noted in his April 4, 2012, Order [DE-71], this case has been closed for

some time and Plaintiff's previous motions to reconsider and appeals to the Fourth Circuit have

not proven successful. Like Judge Daniel did, the undersigned also finds no basis for granting

Plaintiff an ex parte hearing before a judicial officer or the Clerk of Court. Plaintiff's motion

[DE-72] is therefore DENIED.

SO ORDERED. This the 27 day of November, 2012.

James C. Fox
Senior United States District Judge